IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

HAR'RELL CHISOLM, PA, father )
of deceased Ranger, )
 )
    Plaintiff, )
 ) CASE NO. CV417-15
v. )
 )
1ST BATTALION 75TH REGIMENT )
EMPLOYEES OF THE US ARMY, )
 )
    Defendant. )
 )

**O R D E R**

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 16), to which objections have been filed (Doc. 17). After a careful de novo review of the record in this case, the Court concludes that Plaintiff's objections are without merit. Accordingly, the report and recommendation is **ADOPTED** as the Court's opinion in this case. As a result, Defendant's Motion to Dismiss (Doc. 10) is **GRANTED** and Plaintiff's complaint is **DISMISSED WITHOUT PREJUDICE**. Defendant's Motion to Stay Discovery (Doc. 12) is **DISMISSED AS MOOT**. The Clerk of Court is **DIRECTED** to close this case.

Plaintiff's submissions in this case clearly illuminate the great sense of loss felt by Plaintiff due to the tragic and unfortunate death of his son. There is

little doubt in this Court's mind that any words it may offer would do little to soften the emotional anguish felt by a father losing his son. Nevertheless, the Court offers Plaintiff its deepest condolences, along with the sincere hope that Plaintiff relishes in the pride of having raised an honorable and principled young man willing to serve his country in the face of a dangerous world.

These inadequate attempts at comfort, however, are all this Court can offer. If this Court possessed the power to shape the world and remedy all wrongs, it would give Plaintiff everything he asked for. Regretfully, this is a court of limited jurisdiction that is unable to either return Plaintiff his son or provide any remuneration for Plaintiff's tragic loss. In the end, the law provides Plaintiff with no recourse in this forum and requires that the Court dismiss Plaintiff's complaint.

SO ORDERED this 23RD day of April 2018.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA